# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**DeArcy Hall, LaShann Moutique**

Report Year: 2019

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/  LaShann Moutique DeArcy Hall [electronically signed on 09/10/2020 by  LaShann Moutique DeArcy Hall in JEFS]**

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Howard University School of Law | University/College | Member, Board of Visitors |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | Self employed investor | |
| 2 | NFL Players Association | Speaking Fees |

# IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Amercian Bar Association | 11/06/2019 - 11/08/2019 | New Orleans | Panelist | Travel, lodging, food |
| 2 | Antioch College | 07/12/2019 - 07/14/2019 | Yellow Springs, OH | Award Recipient | Travel, Food, Lodging |

## V. Gifts

None

---

## VI. Liabilities

| # | CREDITOR | TYPE | VALUE |
|---|----------|------|-------|
| 1 | American Express | Credit Card | $1 - $15,000 |
| 2 | Chase | Credit Card | $1 - $15,000 |
| 3 | Ed Financial | Student Loan / Tuition Agreement | $15,001 - $50,000 |
| 4 | CMG Bank | Mortgage (Investment / Rental Property) | $500,001 - $1,000,000 |
| 5 | Citi Bank | Personal Loan | $50,001 - $100,000 |

## VII. Investments and Trusts

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|-------------|--|---------------|-------------|-------------------------|--------------|-------------|-------------|--------------|
| 1 | Rental Property | See Note | $15,001 - $50,000 | Rent | $500,001 - $1,000,000 | Cost (Real Estate Only) | | | |
| 2 | Checking Acct. | | None | None | $15,001 - $50,000 | Cash Market | | | |
| 3 | Veebit | | None | None | $15,001 - $50,000 | Cash Market | | | |
| 4 | Thought Leaders | | None | None | $15,001 - $50,000 | Cash Market | | | |

## Additional Information or Explanation

| PART | # | NOTE |
| --- | --- | --- |
| VII. | 1 | 4/2015 - $555,000 |